# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACK COWAN CRUMPLER,

    Petitioner,

v.

    Case No. 17-10253
    Hon. Terrence G. Berg
    Hon. David R. Grand

WILLIE SMITH,

    Respondent.
_____/

## ORDER DENYING AS MOOT PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (Dkt. 9)

*Pro se* prisoner Jack Cowan Crumpler ("Petitioner") has appealed the Court's denial of his habeas corpus petition. On April 6, 2018, he filed a notice of appeal (Dkt. 8) and a Motion to Proceed *In Forma Pauperis* on Appeal. (Dkt. 9).

On August 8, 2018, the Sixth Circuit Court of Appeals issued an order denying Petitioner's application for a certificate of appealability and denying his Motion to Proceed *In Forma Pauperis* as moot. Accordingly, it is **ORDERED** that Petitioner's Motion to Proceed *In Forma Pau-*

*peris* on Appeal (Dkt. 9) before this Court is also **DENIED** as moot.

**SO ORDERED.**

Dated:  
August 23, 2018

s/Terrence G. Berg  
TERRENCE G. BERG  
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 23, 2018.

s/A. Chubb  
Case Manager

2